EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Lourdes T. Pagán González | 2007 TSPR 152<br><br>172 DPR _____ |

Número del Caso: TS-9867

Fecha: 16 de agosto de 2007

Abogado de la Parte Peticionaria:

    Lcdo. José L. Ramírez de León

Colegio de Abogados de Puerto Rico:

    Lcda. María de Lourdes Rodríguez
    Oficial Investigadora

Oficina del Procurador General:

    Lcda. Minnie H. Rodríguez López
    Procuradora General Auxiliar

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

Lourdes T. Pagán González

TS-9867

SALA DE VERANO COMPUESTA POR EL JUEZ ASOCIADO SEÑOR REBOLLO LÓPEZ, COMO SU PRESIDENTE, Y LAS JUECES ASOCIADAS SEÑORA FIOL MATTA Y SEÑORA RODRÍGUEZ RODRÍGUEZ

RESOLUCIÓN

San Juan, Puerto Rico, a 16 de agosto de 2007

Atendidas, tanto la comparecencia del Colegio de Abogados de Puerto Rico como del Procurador General de Puerto Rico, se ordena la reinstalación de Lourdes T. Pagán González al ejercicio de la abogacía, efectiva la misma el 1 de septiembre de 2007.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo